LOUIS NOWIKAS, Appellant, *v.* IRVING COHEN, Respondent.

Argued October 4, 1950; decided October 19, 1950.

*Lawrence H. King* for appellant.

*Robert James Frankel* and *Harry J. Sokolow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.